USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON TESTA,

Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP.,

Defendant.

---

25-cv-5103 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the post-discovery status conference on August 13, 2026.

The case management plan and scheduling order is amended as follows. The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by November 13, 2026. Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due November 20, 2026.

SO ORDERED.

Dated: August 13, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge